**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| MADHURI MCCLEARY, <br><br> Plaintiff(s), <br><br> v. <br><br> MARK QUENTAL, <br><br> Defendant(s). | C/A NO.: 2:25-cv-12663-DCN <br><br> **APPEARANCE OF COUNSEL** |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD**:

    I am admitted to practice in this court, and I appear in this case as counsel for Madhuri McCleary.

Respectfully submitted,

                                       **MORGAN & MORGAN, P.A.**

                                       */s/ Cooper Klaasmeyer*
                                       COOPER KLAASMEYER, ESQ.
                                       SC Bar No.:     105795
                                       Federal ID:     14272
                                       4401 Belle Oaks Drive, Suite 300
                                       North Charleston, SC, 29405
                                       Phone:          (843) 973- 5438
                                       Fax:             (854) 429-6281
                                       cooper.klaasmeyer@forthepeople.com
                                       **Attorney for the Plaintiff**

Charleston, SC
October 8, 2025