IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DVISION

| | |
|---|---|
| MADHURI MCCLEARY,<br><br>   Plaintiff,<br><br>vs.<br><br>MARK QUENTAL,<br><br>   Defendant. | C/A No. 2:25-cv-12663-DCN<br><br>**RULE 26(f) REPORT** |

  The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

o We agree that the schedule set forth in the Conference and Scheduling Order filed **October 6, 2025** is appropriate for this case.  **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties**.

X We agree that the schedule set forth in the Conference and Scheduling Order filed **October 6, 2025** requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required.  **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

o We are unable, after consultation, to agree on a schedule for this case.  We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

| | |
|---|---|
| **MORGAN & MORGAN, P.A.** | **HAYNSWORTH SINKLER BOYD, P.A.** |
| By *s/Cooper Klaasmeyer*<br> Cooper Klaasmeyer<br> Federal ID:  14272<br> 4401 Belle Oaks Drive<br> North Charleston, SC 29405<br> 843.973.5438<br> cooper.klaasmeyer@forthepeople.com<br> ***ATTORNEYS FOR PLAINTIFF*** | By *s/Adam N. Yount*<br> Adam N. Yount<br> Federal ID: 10313<br> 134 Meeting Street, Third Floor (29401)<br> P. O. Box 340<br> Charleston, SC 29402-0340<br> ayount@hsblawfirm.com<br> ***ATTORNEYS FOR DEFENDANT*** |