IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DVISION

| | |
|---|---|
| MADHURI MCCLEARY,<br><br>        Plaintiff,<br><br>vs.<br><br>MARK QUENTAL,<br><br>        Defendant. | C/A No. 2:25-cv-12663-DCN<br><br>**CONSENT AMENDED SCHEDULING ORDER** |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the parties propose the following amended schedule for this case. This order is entered to administer the trial of cases in a manner consistent with the ends of justice, in the shortest possible time, and at the least possible cost to litigants. Discovery may begin upon receipt of this order.

1. Rule 26(f) Conference: A conference of the parties pursuant to Fed. R. Civ. P. 26(f) shall be held no later than **November 7, 2025.**

2. Rule 26(a)(1) Initial Disclosures: No later than **December 12, 2025**, the required initial disclosures under Fed. R. Civ. P. 26(a)(1) shall be made.

3. Rule 26(f) Report: No later than **December 12, 2025**, the parties shall file a Fed. Civ. P. 26(f) Report in the form attached to this order.

4. Amendment of Pleadings: Motions to join other parties and amend the pleadings shall be filed no later than **April 2, 2026.**

5. Expert Witnesses: Parties shall file and serve a document identifying by full name, address, and telephone number each person whom they expect to call as an expert at trial by the following dates:

        Plaintiff: **May 20, 2026**
        Defendant: **June 23, 2026**

6. Discovery: Discovery shall be completed no later than **October 2, 2026.** All discovery requests shall be served in time for the responses thereto to be served by this deadline. All depositions must be taken before this deadline.

7. Motions in Limine: Motions in limine must be filed **at least three weeks prior**

  **to jury selection**.

8.  <u>Dispositive Motions</u>:  All dispositive motions and all Daubert motions shall be filed on or before **November 6, 2026.**

9.  <u>Mediation</u>: Pursuant to Local Civil Rule 16.04-16.12, mediation shall be completed in this case on or before **November 30, 2026.** Thirty (30) days prior to this, counsel for each party shall file and serve an ADR Statement and Certification under Local Civil Rule 16.03.

10.  <u>Trial</u>:  This case will go to trial during the term of court beginning **December 1, 2026.**

AND IT IS SO ORDERED.

_____
David C. Norton
United States District Judge

December 15, 2025
Charleston, South Carolina