IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DVISION

| | |
|---|---|
| MADHURI MCCLEARY,<br><br>Plaintiff,<br><br>vs.<br><br>MARK QUENTAL,<br><br>Defendant. | C/A No. 2:25-cv-12663-DCN |

Plaintiff Madhuri McCleary hereby submits her expert disclosure as required by Federal Rule of Civil Procedure 26(a)(2) and the Court's Case Management and Scheduling Order. Plaintiff designates the following expert witnesses who are expected to be called to offer opinions and testify at trial. Plaintiff anticipates that his treating physicians will qualify as experts by knowledge, skill, experience, training, or education, and Plaintiff reserves the right to elicit testimony regarding each physician's opinions, if any, regarding the cause, diagnosis, treatment, and prognosis of Plaintiff's injuries. Plaintiff's treating physicians known at this time are as follows:

**1. Dr. Lawrence Cicchiello, M.D.**

Dr. Owens is the radiologist who read the magnetic resonance imaging of Plaintiff's cervical spine. Dr. Cicchiello is expected to testify regarding his opinions of the imaging consistent with his MRI reports.

**2. Dr. Gary Grossman, M.D.**

Dr. Grossman is the radiologist who read the magnetic resonance imaging of Plaintiff's lumbar spine. Dr. Grossman is expected to testify regarding his opinions of the imaging consistent with his MRI reports.

**3. Dr. Kenneth Hansraj, M.D.**

Dr. Schaaf is an orthopedic surgeon who has provided treatment for Plaintiff's neck and back following this crash. Dr. Hansraj is expected to testify regarding the nature and cause of Plaintiff's spine injuries, as well as his treatment of Plaintiff's spine injuries and his recommendations for future care, consistent with Dr. Hansraj's medical records.

**4. Dr. Manisha Bhutani, MD.**

Dr. Bhutani is a primary care provider who has provided treatment for Plaintiff's generally following this crash. Dr. Bhutani is expected to testify regarding the nature and cause of Plaintiff's injuries, Plaintiff's general health, as well as his treatment of Plaintiff's injuries and his recommendations for future care, consistent with Dr. Bhutani's medical records.

**5. Dr. Nagendra Upadhyayula, M.D.**

Dr. Upadhyayula is an orthopedic surgeon who has provided treatment for Plaintiff's neck and back following this crash. Dr. Upadhyayula is expected to testify regarding the nature and cause of Plaintiff's spine injuries, as well as his treatment of Plaintiff's spine injuries and his recommendations for future care, consistent with Dr. Upadhyayula's medical records.

Because Plaintiff's medical care is ongoing, Plaintiff reserves the right to supplement his list of treating physicians and to call any treating physician as a witness at the trial of this case. Plaintiff also reserves the right to supplement this disclosure later should the case develop in such a way to warrant additional expert testimony on Plaintiff's behalf. Plaintiff further reserves the right to elicit expert testimony from individuals named as experts by other parties, as well as other witnesses later identified who may qualify as experts under the Rules of Evidence.

[*Signature Page to Follow*]

**MORGAN & MORGAN, P.A.**

*/s/ Kelsey E. Saalmann*
Kelsey E. Saalmann, Esq.
SC Bar No. 106508
Fed. Bar No: 14269
1544 Fording Island Road
Hilton Head, South Carolina 29926
Telephone: (803) 679-4258
Facsimile: (854) 429-6941
E-Service: ksaalmann@forthepeople.com;
cvorhis@forthepeople.com;
Tusami.floresca@forthepeople.com
Attorney for Plaintiff

May 20, 2026

Hilton Head, South Carolina